Paul A. Stewart (SBN 153,467)
paul.stewart@knobbe.com
Ali S. Razai (SBN 246,922)
ali.razai@knobbe.com
Nicole R. Townes (SBN 272,342)
nicole.townes@knobbe.com
Brandon G. Smith (SBN 307,676)
brandon.smith@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Telephone: (949) 760-0404  Facsimile: (949) 760-9502

Attorneys for Plaintiff
**simplehuman, LLC**

Victor de Gyarfas (SBN 171950)
email: vdegyarfas@foley.com
Foley & Lardner LLP
555 South Flower Street, Suite 3300
Los Angeles, CA 90071-2411
Telephone: 213-972-4500  Facsimile: 213-486-0065

Attorneys for Defendant
**Michael Shek d/b/a HLS Commercial**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| SIMPLEHUMAN, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL SHEK D/B/A HLS COMMERCIAL, an individual, <br><br> Defendant. | Case No. 20-cv-754-HSG <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** <br><br><br> Honorable Haywood S. Gilliam, Jr. |

Plaintiff SIMPLEHUMAN, LLC and Defendant Michael Shek d/b/a HLS Commercial hereby file this Second Stipulation extending the deadline to answer or otherwise respond to the Complaint (Doc. 1) by an additional 14 days to April 9, 2020. Defendant was served with the Complaint on February 4, 2020 and, at this time, the currrent deadline for Defendant to answer the Complaint is March 26, 2020. Pursuant to Civil Local Rule 6-1, the parties submit that the change will not alter the date of any event or any deadline already fixed by Court order

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: March 23, 2020   By: */s/ Paul A. Stewart*
　　　　　　　　　　　　　　Paul A. Stewart
　　　　　　　　　　　　　　Ali S. Razai
　　　　　　　　　　　　　　Nicole R. Townes
　　　　　　　　　　　　　　Brandon F. Smith

Attorneys for Plaintiff
simplehuman, LLC

FOLEY & LARDNER LLP

Dated: March 23, 2020   By: */s/ Victor de Gyarfas*
　　　　　　　　　　　　　　Victor de Gyarfas

Attorney for Defendant
Michael Shek d/b/a HLS Commercial

IT IS SO ORDERED, THIS __24th__ DAY OF __March__, 2020.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE